In the Matter of LEON'S BROADWAY CORPORATION, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ.